IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC.,** a not-for-profit Delaware Corporation; **TOMMY DAVIS; VIRGINIA FLINN FACTOR;** and **LUDORA VALENTINE,**

    Plaintiffs,

v.

**ED SCHAFER, Secretary,**
**THE UNITED STATES DEPARTMENT OF AGRICULTURE**
1400 Independence Avenue, S.W.
Washington, DC  20250,

    Defendant.
_____/

Case No. 2:08-cv-1188

### MOTION FOR SPECIAL ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to DCD L.R. 8.2(d), **GARY E. MASON, ESQUIRE**, of The Mason Law Firm, as counsel for Plaintiff(s) hereby moves for special admission to practice before this Court for **MIKE ESPY, ESQUIRE** and states as follows:

I was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on August 7, 1989.  I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia.

I have worked with **MIKE ESPY, ESQUIRE** on several cases in various district courts and have found him to be competent, experienced, knowledgeable and of good moral character.

Based on the foregoing, I move for the admission of **MIKE ESPY, ESQUIRE** to this case pro hac vice on behalf of the Plaintiff(s).

Date: July 16, 2008                    /s/ Gary E. Mason\_\_\_
                                       GARY E. MASON, ESQ.
                                       THE MASON LAW FIRM, L.L.P.
                                       DC Bar Number: 418073
                                       1225 19th St., NW, Suite 500
                                       Washington, DC 20036
                                       Telephone: (202-429-2290
                                       Facsimile: (202) 429-2294
                                       Email: gmason@masonlawdc.com

## DECLARATION OF MIKE ESPY

1. My full name is Alphonso Michael Espy.

2. I own my own law firm of Mike Espy, PLLC, located at Lamar Life Building, 317 E. Capital Street, Suite 101, Jackson, MS 39201; telephone: (601) 355-9101.

3. I am a member in good standing of the Mississippi, Magnolia and American Bar Associations. My Mississippi Bar Number is 5240.

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

Date: 7/7/08

Mike Espy, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC.,** a not-for-profit Delaware Corporation; **TOMMY DAVIS; VIRGINIA FLINN FACTOR;** and **LUDORA VALENTINE,**

    Plaintiffs,

v.

**ED SCHAFER, Secretary,**
**THE UNITED STATES DEPARTMENT OF AGRICULTURE**
1400 Independence Avenue, S.W.
Washington, DC  20250,

    Defendant.
_____/

Case No. 1:08-cv-1188 (PLF)

## [PROPOSED] ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF MIKE ESPY

Upon the motion of Plaintiffs Black Farmers and Agriculturalists Association, Inc., Tommy Davis, Virginia Flynn Factor and Ludora Valentine, pursuant to Local Rule 83.2(d) of the Local Rules of this Court, for an order admitting Mike Espy *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown, it is hereby ORDERED that the motion is GRANTED in all respects.

Dated: _____        _____
                                                            Hon. Paul L. Friedman
                                                            United States District Court Judge