IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC.,** a not-for-profit Delaware Corporation; **TOMMY DAVIS; VIRGINIA FLINN FACTOR;** and **LUDORA VALENTINE,**

    Plaintiffs,

v.

                                            Case No. 1:08-cv-1188 (PLF)

**ED SCHAFER, Secretary,**
**THE UNITED STATES DEPARTMENT OF AGRICULTURE**
1400 Independence Avenue, S.W.
Washington, DC  20250,

    Defendant.
_____/

## MOTION FOR SPECIAL ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to DCD L.R. 8.2(d), **GARY E. MASON, ESQUIRE**, of The Mason Law Firm, LLP as counsel for Plaintiff(s) hereby moves for special admission to practice before this Court for **SCOTT WM WEINSTEIN, ESQUIRE** and states as follows:

I was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on August 7, 1989. I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia.

I have worked with **SCOTT WM WEINSTEIN, ESQUIRE** as co-counsel on several cases in various district courts and have found him to be competent, experienced, knowledgeable and of good moral character.

Based on the foregoing, I move for the admission of **SCOTT WM WEINSTEIN, ESQUIRE** to this case pro hac vice on behalf of the Plaintiffs.

Date: July 16, 2008                              /s/ Gary E. Mason___
                                                 GARY E. MASON, ESQ.
                                                 THE MASON LAW FIRM, L.L.P.
                                                 DC Bar Number: 418073
                                                 1225 19th St., NW, Suite 500
                                                 Washington, DC 20036
                                                 Telephone: (202-429-2290
                                                 Facsimile: (202) 429-2294
                                                 Email: gmason@masonlawdc.com

## DECLARATION OF SCOTT WM WEINSTEIN

1. My full name is SCOTT WILLIAM WEINSTEIN.

2. I am a partner of the law firm of MORGAN & MORGAN, P.A., located at 12800 University Dr., Suite 600, Fort Myers, Florida 33907-5337; telephone: (239) 433-6880.

3. I am a member in good standing of the Florida Bar. My Florida Bar Number is 563080.

4. I am licensed to practice in all Florida state courts and admitted to the Middle District and Southern District Courts of Florida.

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

Date: 7/7/08

Scott Wm Weinstein, Esquire

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC.,** a not-for-profit Delaware Corporation; **TOMMY DAVIS; VIRGINIA FLINN FACTOR;** and **LUDORA VALENTINE,**

    Plaintiffs,

v.

**ED SCHAFER, Secretary,**
**THE UNITED STATES DEPARTMENT OF AGRICULTURE**
1400 Independence Avenue, S.W.
Washington, DC  20250,

    Defendant.
_____/

Case No. 1:08-cv-1188 (PLF)

**[PROPOSED] ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF SCOTT WM WEINSTEIN**

Upon the motion of Plaintiffs Black Farmers and Agriculturalists Association, Inc., Tommy Davis, Virginia Flynn Factor and Ludora Valentine, pursuant to Local Rule 83.2(d) of the Local Rules of this Court, for an order admitting Scott Wm Weinstein *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown, it is hereby ORDERED that the motion is GRANTED in all respects.

Dated: _____        _____
                                                          Hon. Paul L. Friedman
                                                          United States District Court Judge