**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC.,** a not-for-profit Delaware Corporation; **TOMMY DAVIS; VIRGINIA FLINN FACTOR;** and **LUDORA VALENTINE,**

    Plaintiffs,

v.

**ED SCHAFER, Secretary,**
**THE UNITED STATES DEPARTMENT OF AGRICULTURE**
**1400 Independence Avenue, S.W.**
**Washington, DC  20250,**

    Defendant.
_____/

2:08-cv-1188 (PLF)

**MOTION FOR SPECIAL**
**ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to DCD L.R. 8.2(d), **GARY E. MASON, ESQUIRE**, of The Mason Law Firm, LLP as counsel for Plaintiff(s) hereby moves for special admission to practice before this Court for **GREGORIO A. FRANCIS, ESQUIRE**, of MORGAN & MORGAN, P.A., and states as follows:

I was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on August 7, 1989.  I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia.

I have worked with MORGAN & MORGAN, P.A. on many cases in various district courts and have found this firm to be competent, experienced, knowledgeable.  The lawyers I have worked with in this firm are of good moral character.

Based on the foregoing, I move for the admission of **GREGORIO A. FRANCIS, ESQUIRE** to this case pro hac vice on behalf of the Plaintiff(s).

Date: July 16, 2008                                     /s/ Gary E. Mason_____
                                                        GARY E. MASON, ESQ.
                                                        THE MASON LAW FIRM, L.L.P.
                                                        DC Bar Number:  418073
                                                        1225 19th St., NW, Suite 500
                                                        Washington, DC  20036
                                                        Telephone:  (202-429-2290
                                                        Facsimile:  (202) 429-2294
                                                        Email:  gmason@masonlawdc.com

## DECLARATION OF GREGORIO A. FRANCIS

1. My full name is Gregorio A. Francis.

2. I am a partner of Morgan & Morgan, P.A., located at 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801; Telephone: (407) 420-1414.

3. I am a member in good standing of the Florida Bar Association. My Florida Bar Number is 0008478.

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

Date: 7/16/08

Gregorio A. Francis, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC.,** a not-for-profit Delaware Corporation; **TOMMY DAVIS; VIRGINIA FLINN FACTOR;** and **LUDORA VALENTINE,**

    Plaintiffs,

v.

**ED SCHAFER,** Secretary,
**THE UNITED STATES DEPARTMENT OF AGRICULTURE**
1400 Independence Avenue, S.W.
Washington, DC  20250,

    Defendant.
_____/

Case No. 1:08-cv-1188 (PLF)

**[PROPOSED] ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF GREGORIO A. FRANCIS**

Upon the motion of Plaintiffs Black Farmers and Agriculturalists Association, Inc., Tommy Davis, Virginia Flynn Factor and Ludora Valentine, pursuant to Local Rule 83.2(d) of the Local Rules of this Court, for an order admitting Gregorio A. Francis *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown, it is hereby ORDERED that the motion is GRANTED in all respects.

Dated: _____          _____
                                                                  Hon. Paul L. Friedman
                                                                  United States District Court Judge