AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BLACK FARMERS AND AGRICULTURALISTS
ASSOCIATION, INC, a not-for-profit Delaware
corporation; TOMMY DAVIS; VIRGINIA FLINN
FACTOR; AND LUDORA VALENTINE

**SUMMONS IN A CIVIL CASE**

V.

ED, SCHAFER, Secretary, The United States
Department of Agriculture

CASE

Case: 1:08-cv-01188
Assigned To : Friedman, Paul L.
Assign. Date : 7/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ED SCHAFER, Secretary,
The United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, DC 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GARY E. MASON, ESQUIRE
THE MASON LAW FIRM, L.L.P.
1225 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**               JUL -9 2008

CLERK                                         DATE

_(signature)_
(By) DEPUTY CLERK