AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BLACK FARMERS AND AGRICULTURALISTS
ASSOCIATION, INC, a not-for-profit Delaware
corporation; TOMMY DAVIS; VIRGINIA FLINN
FACTOR; AND LUDORA VALENTINE

V.

ED SCHAFER, Secretary, The United States
Department of Agriculture

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-01188
Assigned To : Friedman, Paul L.
Assign. Date : 7/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GARY E. MASON, ESQUIRE
THE MASON LAW FIRM, L.L.P.
1225 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL - 9 2008

CLERK                                          DATE

(By) DEPUTY CLERK