AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC, a not-for-profit Delaware corporation; TOMMY DAVIS; VIRGINIA FLINN FACTOR; AND LUDORA VALENTINE

V.

ED, SCHAFER, Secretary, The United States Department of Agriculture

**SUMMONS IN A CIVIL CASE**

CASE
Case: 1:08-cv-01188
Assigned To : Friedman, Paul L.
Assign. Date : 7/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

U.S. Attorney
555 4th St. NW
Washington DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GARY E. MASON, ESQUIRE
THE MASON LAW FIRM, L.L.P.
1225 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL - 9 2008
CLERK                                          DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Black Farmers and Agriculturalists Association, Inc., a not-for-profit Delaware corporation, et al.<br><br>Plaintiff<br><br>v.<br><br>Ed Schafer, Secretary, the United States Department of Agriculture<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-01188<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint to Determine Merits and Damages Pursuant to 14012 of the Food, Conservation and Energy Act of 2008; and Initial Electronic Case Filing Order

SERVE TO: U.S. Attorney
SERVICE ADDRESS: 501 3rd Street, NW, Washington, DC 20001

DATE SERVED: July 18, 2008   TIME SERVED: 2:42 PM
PERSON SERVED: Lakesha Carroll, Docket Clerk, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 33   Height: 5'5"   Weight: 150

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-21-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005386

Client Reference: 8229.01