IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ED SCHAFER, Secretary of the United States Department of Agriculture, <br><br> Defendant. <br> _____ | Civil Action No. 08-cv-940 (PLF) |
| MARY LEE AGEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ED SCHAFER, Secretary of the United States Department of Agriculture, <br><br> Defendant. <br> _____ | Civil Action No. 08-cv-882 (PLF) |
| FOREST KIMBROUGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ED SCHAFER, Secretary of the United States Department of Agriculture, <br><br> Defendant. <br> _____ | Civil Action No. 08-cv-901 (PLF) |

LINDA ADAMS, et al.,

    Plaintiffs,

v.                                                                      Civil Action No. 08-cv-919 (PLF)

ED SCHAFER, Secretary of the United States Department of Agriculture,

    Defendant.

_____

WILLIE E. BENNETT, et al.,

    Plaintiffs,

v.                                                                      Civil Action No. 08-cv-962 (PLF)

ED SCHAFER, Secretary of the United States Department of Agriculture,

    Defendant.

_____

AMBROSE McKINNEY, et al.,

    Plaintiffs,

v.                                                                      Civil Action No. 08-cv-1062 (PLF)

ED SCHAFER, Secretary of the United States Department of Agriculture,

    Defendant.

_____

JAMES BOLTON, et al.,

    Plaintiffs,

v.                                                                      Civil Action No. 08-cv-1070 (PLF)

ED SCHAFER, Secretary of the United States Department of Agriculture,

    Defendant.

_____

BLACK FARMERS AND AGRICULTURALISTS
ASSOCIATION, INC., et al.,

    Plaintiffs,

v.                                                               Civil Action No. 08-cv-1188 (PLF)

ED SCHAFER, Secretary of the United States
Department of Agriculture,

    Defendant.
_____/

## RESPONSE TO MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER NO. 1 AND MEMORANDUM IN SUPPORT

Plaintiffs, **BLACK FARMERS AND AGRICULTURISTS ASSOCIATION, INC., TOMMY DAVIS; VIRGINIA FLINN FACTOR; LUDORA VALENTINE** and **DAVID O. JACKSON,** by and through undersigned counsel, respond to the Motion for Entry of Proposed Case Management Order submitted by Plaintiffs in Civil Action Nos. 08-cv-882, 901, 919, 940, 962, 1062 and 1070 as follows:

    1.    Undersigned counsel have engaged in extensive discussions with Mr. Marks, Ms. Malson, Mr. Pogust and Mr. Farrin. All of these discussions have been frank, amicable and fruitful. Mr. Marks and Ms. Malson have demonstrated a high level of professionalism and undersigned counsel have no reservations whatsoever to Mr. Marks and Ms. Malson being appointed to the respective roles of Lead and Liaison Counsel. Discussions with Mr. Pogust and Mr. Farrin have been similarly fruitful and undersigned counsel are optimistic and fully expect to reach an accord among counsel which vitiates the concerns raised by this Court in its July 3, 2008 Order. Undersigned counsel are commited to working with Mr. Pogust, Mr.

Farrin, Mr. Marks and Ms. Malson with the shared goal of agreeing upon a protocol to eliminate the concerns raised by this Court's July 3, 2008 Order.

2.   It is undersigned's position that having Mr. Marks appointed as the actual Lead Counsel in these consolidated cases will accomplish much of the goals and alleviate the concerns raised by this Court in the previous Order. Although the Crowell & Moring firm is affiliated with counsel other than undersigned, any concern is transcended by Mr. Marks' and Ms. Malson's display of professionalism during our discussions.

3.   The <u>only</u> objection and concern relating to the proposed Case Management Order No. 1 is the proposal that Mr. Chestnut serve as "Co-Lead Counsel." As grounds, undersigned would show that the sole addition of Mr. Chestnut as "Co-Lead Counsel" along with Mr. Marks is likely to create further confusion and exacerbate the problems identified by this Court in the previous Order. The Manual for Complex Litigation, 4th (2008) provides that "Lead Counsel" is

> Charged with formulating (in consultation with other counsel) and presenting positions on substantive and procedural issues during the litigation. Typically they act for the group – either personally or by coordinating the efforts of others – in presenting written and oral arguments and suggestions to the court, working with opposing counsel in developing and implementing a litigation plan, initiating and organizing discovery requests and responses, conducting the principal examination of deponents, employing experts, arranging for support services, and seeing that schedules are met.

*Manual* § 10.221

4.   Clearly, it is the intent of all of the parties that Mr. Marks serve in that role. It is untenable to expect Mr. Marks to share that role with Mr. Chestnut alone. This is by no means a criticism of Mr. Chestnut, for whom only the greatest of respect is extended, but merely a practical objection. The fact is that all of the involved counsel are continuing to

address the concerns of Black Farmers in the affected communities. While Mr. Pogust, Mr. Farrin, Mr. Marks and Ms. Malson along with undersigned have diligently pursued a solution to the "confusion" problem, it is undersigned's well-founded concern that if any one particular counsel other than Mr. Marks is designated as "Lead Counsel" by this Court, members of the public, in particular unretained potential clients, may view that particular lawyer as being more qualified to represent them than others. Further, it really is a misrepresentation as it is clear Mr. Marks would ably serve as Lead Counsel, and the addition of the "Co-Lead" is largely symbolic.

5. As the general structure is unanimously agreed upon as the way of going forward, it is incumbent upon all counsel to take steps to reasonably eliminate confusion among the potential claimants. In undersigned's view, the one stumbling block toward that goal would be to misrepresent to the public that one lawyer rather than another has been endorsed by this Court.

6. Therefore, undersigned respectfully proposes that either:

  a. The Proposed Case Management Order No. 1 be modified only to the extent that Mr. Marks serves as sole Lead Counsel; or

  b. That Mr. Marks be appointed "Lead Counsel" and that Mr. Chestnut and Gregorio Francis, Esq. be additionally appointed and designated as "Co-Lead Counsel" of the Plaintiffs' Steering Committee. This will allow a distinction between the practical duties proposed for Mr. Marks and the symbolic role to be filled by Co-Lead Counsel and would eliminate the tension which may otherwise exist. Mr. Francis is the managing partner of this firm's Mississippi office, is African-American, and has been endorsed, along with Mr. Espy, by

the Black Farmers and Agriculturists Association, Inc., an organization consisting of 20,000 paid members, many of whom are likely to be claimants in this action.

7.  It is undersigned's respectful belief that an Order clarifying that Mr. Marks will be the actual Lead Counsel, but respecting the reputation and importance of Mr. Chestnut's contributions would be well-served only by creating a second-tier and that having Mr. Francis serve along with him will effectively move this case forward and mitigate the challenges we fear would otherwise occur.

8.  In all other respects, the proposed Case Management Order No. 1 was a product of frank discussion among Mr. Marks, Ms. Malson and undersigned and is otherwise endorsed by undersigned counsel on behalf of thousands of potential claimants we represent, as well as the Black Farmers and Agriculturists Association, Inc.

Respectfully submitted,

Date: July 25, 2008

By: /S/ Scott Wm. Weinstein
Scott Wm. Weinstein
Fla. Bar No.: 563080
Morgan & Morgan, P.A.
P. O. Box 9504
Ft. Myers, FL  33906-9504
Telephone:  (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com

GARY E. MASON, ESQ.
District of Columbia Bar Number:
THE MASON LAW FIRM, P.C.
1225 19th St., NW, Suite 500
Washington, DC  20038
Telephone:  (202-429-2290
Facsimile:  (202) 429-2294
Email:  gmason@masonlawdc.com

GREGORIO A. FRANCIS, ESQUIRE
Florida Bar No. 0008478
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 425-8171


A. MICHAEL ESPY, ESQUIRE
Mississippi Bar No.: 5240
MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
Telephone: (601) 355-9101
Facsimile: (601) 355-6021

**CERTIFICATE OF SERVICE**

      I certify that on this 25th day of July 2008, I caused a copy of the foregoing Response to Motion for Entry of Proposed Case Management Order No. 1 and Memorandum in Support to be filed electronically and that the document is available for viewing and downloading from the ECF system. I also certify that I sent a copy of this document and any attachments by electronic-mail or fax to the following counsel of record in the above-referenced cases:

J. L. Chestnut, Jr.
Henry Sanders
Rose M. Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL 36701
ebryant@csspca.com


David J. Frantz
Brian P. Phelan
CONLON, FRANTZ & PHELAN, LLP
1818 N Street, NW, Suite 400
Washington, DC 20036
dfrantz@conlonfrantz.com
bphelan@conlonfrantz.com


Phillip L. Fraas
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., NW, 12th Floor
Washington, DC 20006
pfraas@phillipfraaslaw.com


James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham, NC 27703
jfarrin@farrin.com


Donald McEachin
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
dmceachin@mceachingee.com

Harris Pogust
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
hpogust@pbmattomeys.com


William Lewis Garrison
William L. Bross, IV
Gayle L. Douglas
HEN1NGER, GARRISON & DAVIS LLC
Post Office Box 11310
2224 1st Avenue North
Birmingham, AL 35202
wlgarrison@hgdlawfirm.com
wlbross@hgdlawfirm.com
gdouglas@hgdlawfirm.com


Walter B. Calton
Michael A. Rutland
CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
wcalton@bellsouth.net
Fax:    334-687-2466


Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC 20001
michael.sitcov@usdoj.gov
rachel.hines@usdoj.gov
tarnra.moore@usdoj.gov


Doris Coles-Huff
Rudolph Contreras
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216

555 4th Street, N.W.
Washington
doris.coles@usdoj.gov
rudolph.contreras@usdoj.gov

Andrew H. Marks
Laurel Pyke Malson
CROWELL & MOORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
amarks@crowell.com
lmalson@crowell.com

Jimmy Spurlock Calton, Jr.
LAW OFFICES OF CALTON **&** CALTON
226 East Broad Street
Eufaula, AL 36027
caltonlaw@eufaula.rr.com



                                                    /s/
                                        Scott Wm Weinstein

_____/s/ Scott Wm Weinstein_____

Scott Wm Weinstein